GARY M. RESTAINO
United States Attorney
District of Arizona
BRETT A. DAY
Assistant U.S. Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Brett.Day@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Nov 01 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00677-PHX-DWL |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 21 U.S.C. § 844(a)<br>(Simple Possession of Cocaine)<br>Count 1 |
| Jacob Dean Whitehead, | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

On or about July 28, 2021, in the District of Arizona, the defendant, JACOB DEAN WHITEHEAD, knowingly and intentionally possessed Cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

Dated this 15th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

**BRETT DAY**  Digitally signed by BRETT DAY
Date: 2022.09.15 11:21:48 -07'00'

BRETT A. DAY
Assistant U.S. Attorney